# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **SADIQ SADRUDIN LAKHANI** | **CASE NO.  1:25-CV-00763 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **PAMELA BONDI ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge [Doc. No. 9] previously filed herein, and no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, on this 2nd day of October 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE